UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| I.T., a minor, by and through Next Friend, B.V.T.R., and Z.T., a minor, by and through Next Friend, B.V.T.R, | |
| Petitioners, | 26-CV-02563 (JAV) |
| -v- | ORDER TO ANSWER, 28 U.S.C. § 2241 |
| ROBERT F. KENNEDY, JR., et al., | |
| Respondents. | |

JEANNETTE A. VARGAS, United States District Judge:

Petitioners Z.T. and I.T.—ages 9 and 17, respectively—through their mother and next friend B.V.T.R, and represented by counsel, have filed a Petition for the writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1 ("Pet." or "Petition"). Also before the Court is Petitioners' Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("TRO"), alleging that Petitioners have been in the custody of the Office of Refugee Resettlement ("ORR") for approximately 220 days and that they will be imminently moved to another facility, potentially farther away from their mother, with one day's warning. ECF No. 3 at 2.

The Court, having examined the Petition and TRO, hereby ORDERS that, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioners shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

**Moreover, in light of Petitioners' interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioners except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.** *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioners' transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

a. whether Petitioners were, as the Petition alleges, *see* Pet. ¶ 17, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioners were in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

b. Petitioners' A-numbers, current place of detention, and a contact person who can facilitate counsel's access to Petitioners;

c. confirmation that ORR has been provided with a copy of this Order;

d. the statutory provision(s) under which Respondents assert the authority to detain Petitioners;

e. If the asserted basis for Petitioners' detention is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish this case from *Mcdonald v. Francis*, 25-CV-9355 (JAV). If not, whether Respondents would consent to issuance of the writ—subject to preservation of Respondents' arguments for appeal. If there is a basis to distinguish, whether Respondents waive the right to submit an answer and consent to issuance of the writ subject to preservation of Respondents' arguments for appeal.

2

    f.   a copy of any final order of removal; and

    g.   any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

Respondents' response to the motion for a TRO shall be due no later than **10:00 a.m.** on **Tuesday, March 31, 2026**.

The parties shall appear for a conference with the Court on Tuesday, **March 31, 2026**, at **11:00 am**. The conference will be held via Microsoft TEAMS at the following link: https://teams.microsoft.com/meet/25922816840244?p=6kAYZgfMPEvDbpUAlB (Meeting ID: 259 228 168 402 44 | Passcode: oC2dm2s4).

All counsel are required to register promptly as filing users on ECF.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-jeannette-vargas.**

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

**CONCLUSION**

No later than <u>noon today</u>, Petitioners' counsel shall (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, to the Civil Division of the U.S. Attorney's Office, and (2) promptly file proof of such service on the docket.  Counsel for Respondents shall promptly enter notices of appearance.

SO ORDERED.

Dated:    March 30, 2026
          New York, New York

_____
          JEANNETTE A. VARGAS
          United States District Judge

4