UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                    :

I.T., a minor, by and through Next Friend, B.V.T.R., and   :
Z.T., a minor, by and through Next Friend, B.V.T.R,     :

                                  :           26-CV-02563 (JAV)

                  Petitioner,     :

                                  :               ORDER

       -v-                       :

                                    :

ROBERT F. KENNEDY, JR., et al.,         :

                Respondents.   :
----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff's counsel are directed to file a letter with the Court by April 9, 2026, advising

the Court of whether there are any outstanding issues that require adjudication or if this matter

can be closed.

      SO ORDERED.

Dated: April 2, 2026                         _____
       New York, New York           JEANNETTE A. VARGAS
                               United States District Judge