IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

I.T., a minor, by and through Next Friend, B.V.T.R., and Z.T., a minor, by and through Next Friend, B.V.T.R.,

*Plaintiff-Petitioners*,

v.

ROBERT F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; ANGIE SALAZAR, in her official capacity as Acting Director of the Office for Refugee Resettlement; ALEX ADAMS, in his official capacity as Assistant Secretary of the Administration for Children and Families; LORRAINE M. SANCHEZ, in her official capacity as Acting President and CEO of Cayuga Centers; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement; Administration for Children and Families; Cayuga Centers,

*Defendant-Respondents.*

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 26-CV-02563 (JAV)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and in light of the Government's letter to the Court of April 2, 2026, the Plaintiff-Petitioners I.T. and Z.T., minors, by and through Next Friend, B.V.T.R., and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant-Respondents Robert F. Kennedy Jr., et al.

Date: 04/02/2026

/s/ Jay Holtmeier
*Signature of plaintiffs or plaintiff's counsel*

7 World Trade Center, 250 Greenwich Street
*Address*

New York, New York 10007
*City, State & Zip Code*

(212) 295-6413
*Telephone Number*

The Clerk of Court is directed to close this case.

**SO ORDERED:**

The Honorable Jeannette A. Vargas
United States District Judge
Dated: April 3, 2026